# UNITED STATES DISTRICT COURT

## Western Division

__Western__          __DISTRI__          __Tennessee__

**UNITED STATES OF AMERICA**

V.

**TOYYIS JONES**

**ORDER THAT DEFENDANT APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION AND TRANSFERRING BAIL**

CA __07-50-0__

**CHARGING DISTRICTS**
**CASE**       __2:06CR154-M__

The defendant having appeared before this Court and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court __Northern__ District of __MS__ ; and that the Clerk of Court shall transfer bail deposited into the Registry of this Court, to the Clerk __911 Jackson Avenue, E., Oxford, MS 38655__
*Place and Address*

, for deposit into the registry of that Court.

The defendant shall appear at all proceedings as required. The defendant shall next appear Pursuant Notice by the Prosecuting District.

__s/Allan Alexander__
*Signature of Judge*

May 10, 2007                               *S. Allan Alexander*
*Date*                               **UNITED STATES MAGISTRATE JUDGE**
                                *Name and Title of Judge*